## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ESTHER VERA, as personal representative
of MANUEL FLORES, deceased,

    Plaintiff,

v.                                                                          Civ. No. 16-491 SCY/KBM

SAMUEL RODRIGUEZ, in his individual capacity,
BOARD OF COUNTY COMMISSIONERS OF
BERNALILLO COUNTY, and DAN HOUSTON,
in his individual and official capacities as Bernalillo
County Sheriff,

    Defendants

## FINAL JUDGMENT

The Court entered a Memorandum Opinion and Order in this matter (Doc. No. 125), which resulted in the dismissal, with prejudice, of all of Plaintiff's claims against all Defendants. The Court enters this Final Judgment in accordance with Fed. R. Civ. P. 58(a) dismissing Plaintiff's complaint and all claims set forth therein with prejudice.

**IT IS HEREBY ORDERED** that final judgment is entered in favor of all Defendants, and this action is dismissed.

_____
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**